

STATE OF NEW MEXICO
COUNTY OF SAN JUAN
ELEVENTH JUDICIAL DISTRICT 2012

No. D1116-PB-85-4

DISTRICT COURT
SAN JUAN COUNTY NM
FILED

2012 OCT 29 AM 9:08

IN THE MATTER OF THE WRONGFUL DEATH
ESTATE OF JOSHUA STEVENS, DECEASED.

## ORDER FOR APPOINTMENT OF ALYSAN BOOTHE COLLINS AS PERSONAL REPRESENTATIVE UNDER THE WRONGFUL DEATH ACT FOR THE ESTATE OF JOSHUA STEVENS, DECEASED

THIS MATTER having come before the Court upon the Application for Appointment of Attorney Alysan Boothe Collins to serve as Personal Representative under the Wrongful Death Act for the Estate of Joshua Stevens, Deceased, under the Wrongful Death Act, the Court having reviewed the Application and being fully advised in the premises, FINDS:

1. The Court has jurisdiction over this proceeding.

2. Joshua Stevens, deceased, was born on August 28, 1979 and died on May 1, 2012, in San Juan County, New Mexico.

3. The Application for the Appointment of Alysan Boothe Collins as Personal Representative of the Estate of Joshua Stevens, deceased is complete.

4. Applicants have made oath or affirmation that the statements contained in the Application are true to the best of their knowledge, information and belief.

5. Applicants appear from the Application to be interested persons.

6. On the basis of the statements in the Application, venue is proper.

7. From the statements in the Application, it is appropriate for Alysan Boothe Collins to receive this appointment.

7100.046 cf  TRG/CJD/JCW        **Exhibit 1**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Alyson Boothe Collins is hereby appointed as Personal Representative pursuant ot he Wrongful Death Act for the Estate of Joshua Stevens, deceased.

_John A. Dean Jr._
DISTRICT COURT JUDGE

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

By _[signature]_
Terry R. Guebert
James C. Wilkey
PO Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
*Attorneys for Applicants*

COLLINS & COLLINS, P.C.

By _[signature]_
Alysan Boothe Collins, Esq.
PO Box 506
Albuquerque, NM  87103-0506
Phone: (505) 242-5958
Fax: (505) 242-5968

_____    _____
John Stevens,                     Date
Father of Joshua Stevens, deceased

_____    _____
JoAnn Sills,                      Date
Grandmother of Joshua Stevens, deceased

F:\Clients\7100.066cf\Pleadings\Order of Appointment of PR 2012.09.17.doc/cah

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Alysan Boothe Collins is hereby appointed as Personal Representative pursuant to the Wrongful Death Act for the Estate of Joshua Stevens, deceased.

_John A. Dean Jr._
DISTRICT COURT JUDGE

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

By _____
   Terry R. Guebert
   James C. Wilkey
   PO Box 93880
   Albuquerque, NM 87199-3880
   Telephone: (505) 823-2300
   *Attorneys for the Estate of Joshua Stevens*


COLLINS & COLLINS, P.C.

By_____
   Alysan Boothe Collins, Esq.
   400 Gold Ave. SW, Ste. 500
   Albuquerque, NM 87102
   (505) 242-5958


_____        _____
John Stevens,                          Date
Father of Joshua Stevens, deceased

*[signed]* JoAnn Sills                 10-12-12
_____        _____
JoAnn Sills, Grandmother               Date
Grandmother of Joshua Stevens, deceased

F:\Clients\7100.066cf\Pleadings\Order of Appointment of PR.2012.08.30.doc/cah

2

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Alysan Boothe Collins is hereby appointed as Personal Representative pursuant to the Wrongful Death Act for the Estate of Joshua Stevens, deceased.

*John A. Dean Jr.*
_____
DISTRICT COURT JUDGE

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

By _____
   Terry R. Guebert
   James C. Wilkey
   PO Box 93880
   Albuquerque, NM 87199-3880
   Telephone: (505) 823-2300
   *Attorneys for the Estate of Joshua Stevens*

COLLINS & COLLINS, P.C.

By_____
   Alysan Boothe Collins, Esq.
   400 Gold Ave. SW; Ste. 500
   Albuquerque, NM 87102
   (505) 242-5958

*/s/ John C. Stevens*                   10-16-12
_____       _____
John Stevens,                                    Date
Father of Joshua Stevens, deceased


_____       _____
JoAnn Sills, Grandmother                 Date
Grandmother of Joshua Stevens, deceased

F:\Clients\7100.066cf\Pleadings\Order of Appointment of PR.2012.08.30.doc/cah

2