## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ESTATE OF JOSHUA STEVENS,**

    Plaintiff,

v.                                                                                     No. 13-cv-0882 WJ/SMV

**BD. OF CNTY. COMM'RS OF
THE CNTY. OF SAN JUAN;
THOMAS C. HAVEL;
CORR. HEALTHCARE COS., INC.;
and JOHN/JANE DOES 1–10;**

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:      August 20, 2014, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **August 20, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                             **STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.