IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF MR. STEVENS, deceased,
by and through its personal representative,
ALYSAN BOOTHE COLLINS,

      Plaintiffs,

v.   No. 1:13-cv-00882 WJ/SMV

BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF SAN JUAN, a political subdivision of the
STATE OF NEW MEXICO, and its Subsidiary, the
SAN JUAN COUNTY DETENTION CENTER;
THOMAS C. HAVEL, individually and in his official capacity
as ADMINISTRATOR of the San Juan County Detention
Center; CORRECTIONAL HEALTHCARE COMPANIES, Inc. d/b/a CHC
Companies, Inc and/or d/b/a Correctional Healthcare Management,
Inc.; and JOHN/JANE DOES 1-10, individually and in their
official capacities as Employees and/or Agents of the San Juan
County Detention Center,

      Defendants.

## ORDER GRANTING SECOND JOINT MOTION
## FOR EXTENSION OF DEADLINES

IT IS HEREBY STIPULATED between the parties, by their respective counsel, that the Scheduling Order for this matter should be modified to provide each party additional time to disclose expert witnesses and extend the discovery deadline.

IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT the deadline for Plaintiffs to identify all expert witnesses and provide experts reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) be no later than September 21, 2014.

IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT the deadline for Defendants to identify all expert witnesses and provide experts reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) be no later than October 21, 2014.

IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT the discovery deadline is extended to November 21, 2014.

IT IS SO STIPULATED AND ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

GUEBERT BRUCKNER P.C.

By   */s/ Lawrence A. Junker for Robert F. Gentile*
    Terry R. Guebert
    Christopher J. DeLara
    Robert F. Gentile
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    tguebert@guebertlaw.com
    cdelara@guebertlaw.com
    rgentile@guebertlaw.com
    *Attorneys for Plaintiffs*

CHILDRESS LAW FIRM, LLC

By   *Approved Electronically on July 17, 2014*
    Ronald J. Childress
    6000 Uptown Blvd. NE, Ste. 305
    Albuquerque, NM 87110-4148
    (505) 883-8555
    ron@childresslawfirm.com
    *Attorney for Defendants Board Of County Commissioners Of The County Of San Juan, a political a political subdivision of the State of New Mexico, and its Subsidiary, the San Juan County Detention Center; Thomas C. Havel, individually and in his official capacity as Administrator of the San Juan County Detention Center*

PARK & ASSOCIATES, LLC


By     *Approved Electronically on July 16, 2014*
       Alfred A. Park
       Park & Associates, LLC
       6100 Uptown Blvd. NE, #305
       Albuquerque, NM 87110
       apark@parklawnm.com
       *Attorney for Correctional*
       *Healthcare Company*

F:\Clients\7100.066cf\Pleadings\13cv00882_WJ_SMV_38_Second_Order_Granting.docx/aba